```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 04 B 09689
   DEAN E SCHULDT
   KIMBERLY R SCHULDT                       CHAPTER 13

                                            JUDGE: BRUCE W BLACK

       Debtor
   SSN XXX-XX-8757      SSN XXX-XX-4192
```

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 03/11/04 and confirmed on 05/13/04.

2. The case was dismissed after confirmation, 05/30/2008.

3. The Debtor paid a total of $ 38000.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| DAIMLER CHRYSLER FINANCI | SECURED VEHIC | 8255.54 | 1559.86 | 8255.54 |
| GREEN TREE | SECURED | .00 | .00 | .00 |
| GREEN TREE | MORTGAGE ARRE | 6241.01 | .00 | 6241.01 |
| GREEN TREE | SECURED | .00 | .00 | .00 |
| GREEN TREE | MORTGAGE ARRE | 655.64 | .00 | 655.64 |
| WELLS FARGO HOME MORT | CURRENT MORTG | .00 | .00 | .00 |
| WELLS FARGO HOME MORT | MORTGAGE ARRE | 10183.86 | .00 | 10183.86 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 394.47 | .00 | .00 |
| BEST BUY/HRS | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 7955.50 | .00 | .00 |
| B FIRST LLC | UNSECURED | 1038.28 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 3079.62 | .00 | .00 |
| CONSECO FINANCE | UNSECURED | NOT FILED | .00 | .00 |
| CARDMEMBERS SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 10415.75 | .00 | .00 |
| MAX FLOW CORP | UNSECURED | 4391.86 | .00 | .00 |
| MAX RECOVERY INC | UNSECURED | 3982.88 | .00 | .00 |
| INTERNAL REVENUE SERVICE | UNSECURED | 3427.36 | .00 | .00 |
| MAX FLOW CORP | UNSECURED | 4103.47 | .00 | .00 |
| CITI/SEARS | UNSECURED | 2655.65 | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| SHERMAN ACQUISITION LTD | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 5577.67 | .00 | .00 |
| VERIZON | UNSECURED | NOT FILED | .00 | .00 |
| COST OF COLLECTION | COST OF COLLE | NOT FILED | .00 | .00 |
| BECKET & LEE LLP | UNSECURED | 6680.70 | .00 | .00 |
| DAIMLER CHRYSLER FINANCI | UNSECURED | .00 | .00 | .00 |
| B LINE LLC | UNSECURED | 2271.69 | .00 | .00 |

```
ECAST SETTLEMENT CORPORA  UNSECURED        226.39              .00              .00
BECKET & LEE LLP          UNSECURED         34.96              .00              .00
RESURGENT CAPITAL SERVIC  UNSECURED       6243.34              .00              .00
INTERNAL REVENUE SERVICE  PRIORITY       10353.28              .00          6734.32
          Summary of disbursements:
-------------------------------------------------------------------------------
                     SECURED     PRIORITY    UNSECURED       OTHER        TOTAL
-------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  25336.05    10353.28     62479.59          .00     98168.92
PRINCIPAL PAID      25336.05     6734.32          .00          .00     32070.37
INTEREST PAID        1559.86          .00         .00          .00      1559.86
TOTAL PAID          26895.91     6734.32          .00          .00     33630.23
```

The Debtor's attorney, SCHOTTLER & ZUKOSKY              , was allowed $   3050.00
and was paid $    200.00   direct and $   2850.00   through the plan.

The Trustee received $    1519.77 .

Refunds to the Debtor totaled $        .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


   Dated: 08/19/08                /S/
                                  GLENN STEARNS
                                  CHAPTER 13 TRUSTEE




                              PAGE   2
         CASE NO. 04 B 09689 DEAN E SCHULDT & KIMBERLY R SCHULDT